MARK J. RICE (124934)
MCNEIL, SILVEIRA, RICE & WILEY
55 Professional Center Parkway, Suite A
San Rafael, CA 94903
Telephone:  (415) 472-3434
Facsimile:    (415) 472-1298

Attorneys for Defendants
MILLER/WATTS CONSTRUCTORS, INC. (now known
As Watts Constructors, LLC) and St. Paul Fire and Marine
Insurance Company, a Minnesota Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA for The Use and Benefit of: VIKING AUTOMATIC SPRINKLER COMPANY, a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>UPA CALIFORNIA, a California General Partnership; UPA GROUP, INC., a California Corporation; AMAKO RESORT CONSTRUCTION (U.S.), INC., a Washington Corporation; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts Corporation; MILLER/WATTS CONSTRUCTORS, INC., a California corporation; ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota Corporation; and DOES 1 through 20, inclusive,<br><br>Defendants.<br>_____ | Case No.  2:08-CV-00363-LKK-EFB<br><br>ORDER UPON STIPULATION GRANTING EXTENSION OF TIME TO MILLER/WATTS CONSTRUCTORS, INC. AND ST. PAUL FIRE AND MARINE INSURANCE COMPANY TO RESPOND TO COMPLAINT |

IT IS HEREBY STIPULATED BY AND BETWEEN PLAINTIFF VIKING AUTOMATIC SPRINKLER COMPANY AND DEFENDANTS MILLER/WATTS CONSTRUCTORS, INC. AND ST. PAUL FIRE AND MARINE INSURANCE COMPANY that said responsive pleading to Plaintiff's Complaint for Recovery on Miller Act Payment Bond (40 U.S.C. § 3133); Breach of Contract; Action on Bond will now be due on or before April 8, 2008.

SO STIPULATED.

DATED:  March 14, 2008        DOWNEY BRAND LLP

By_____/s/_____
       SCOTT D. MCELHERN

Attorneys for Plaintiff Viking Automatic Sprinkler Company

DATED:  March 14, 2008        McNEIL, SILVEIRA, RICE & WILEY

By_____/s/_____
       MARK J. RICE

Attorneys for Defendants Miller/Watts Constructors, Inc. now known as Watts Constructors, LLC and St. Paul Fire and Marine Insurance Company

SO ORDERED.

DATED:  March 21, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT