UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA for
the Use and Benefit of VIKING
AUTOMATIC SPRINKLER COMPANY,
a California Corporation,

        Plaintiff,

   v.

UPA CALIFORNIA, a California
General Partnership; UPA GROUP,
INC., a California Corporation;
AMAKO RESORT CONSTRUCTION (U.S.),
INC., a Washington Corporation;
LIBERTY MUTUAL INSURANCE COMPANY, a
Massachusetts Corporation; ST. PAUL
FIRE AND MARINE INSURANCE COMPANY, a
Minnesota Corporation; and DOES 1
through 20 inclusive,

        Defendants.

_____/

NO. CIV. S-08-363 LKK/EFB

O R D E R

    Good cause appearing and in accordance with Local Rule 3-120(f), this action is hereby TRANSFERRED to this court's Fresno division. The Clerk is directed to take all necessary action to

//

//

1

1  transfer the case to the Fresno division. The scheduling conference
2  currently set for May 5, 2008 is VACATED.
3       IT IS SO ORDERED.
4       DATED:  May 1, 2008.

                                    /s/ Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT

2